# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALFRED JONES SIMMONS

NO. 2025 KW 0635

**SEPTEMBER 8, 2025**

---

In Re:    Alfred Jones Simmons, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 562840.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** Relator does not identify an illegal term in his sentence. Therefore, his claim may not be raised in a motion to correct an illegal sentence. See **State v. Henry,** 2024-01534 (La. 4/23/25), 406 So.3d 1149 (*per curiam*). Furthermore, it is well-settled that the Louisiana Constitution does not require a grand jury indictment for habitual offender proceedings, even if the effect of the adjudication would be a life sentence. See **State v. Jolla,** 337 So.2d 197 (La. 1976); **State v. Overton,** 337 So.2d 1201, 1207 (La. 1976); **State v. Delandro,** 2001-2514 (La. App. 1st Cir. 5/10/02), 818 So.2d 1011.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT